**No. 09-8272. Laureano Chirino Rivera, Petitioner v. United States.**

560 U.S. 961, 130 S. Ct. 3405, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4599.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1495.

**No. 09-8582. Joe E. Teague, Jr., Petitioner v. North Carolina Department of Transportation.**

560 U.S. 961, 130 S. Ct. 3405, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4688.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1012, 130 S. Ct. 1894, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2724.

**No. 09-8717. Elmore Sheriff, Petitioner v. Accelerated Receivables Solutions, et al.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4572.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1038, 130 S. Ct. 2062, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2897.

**No. 09-8739. Peter James Atherton, Petitioner v. District of Columbia Office of the Mayor, et al.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4715.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1039, 130 S. Ct. 2064, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2776.

**No. 09-8771. Matthew Joseph Collazo, Petitioner v. Texas.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4684.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1039, 130 S. Ct. 2066, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2846.

**No. 09-8773. Vernon R. Owens, Petitioner v. Robert G. Jones, Superintendent, Hyde Correctional Institution.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4700.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1039, 130 S. Ct. 2084, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2920.